# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-14-00042-CV

### In the Interest of B.S.N., a Child

### (No. 13C0437-202 IN 202ND DISTRICT COURT OF BOWIE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $442.50 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |
| CLERK'S RECORD | $165.00 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |
| STATEWIDE EFILING FEE | $20.00 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |
| FILING | $100.00 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |
| INDIGENT | $25.00 | PAID | MILLER, JAMES, MILLER & HORNSBY, LLP |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this March 26, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy